AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE ADRIAN SEVILLA-PADILLA<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 6:23-mj-00001<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 9, 2022,__ in the county of __Greenville__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry to the United States by alien who was previously removed from the United States. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jared J. Tilley, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/17/23__

_____
*Judge's signature*

City and state: __Greenville, South Carolina__     KEVIN F. McDONALD, U.S. Magistrate Judge
*Printed name and title*